STATE OF NEW JERSEY v.
COMMUNITY DISTRIBUTORS, INC.

September 19, 1973. Certification to Monmouth County Court is granted. (See 123 *N. J. Super.* 589)

STATE OF NEW JERSEY v. PROFESSIONAL ASSOCIATION OF NEW JERSEY DEPARTMENT OF EDUCATION.

September 19, 1973. Certification to Public Employment Relations Commission is granted.

STATE OF NEW JERSEY v. JAMES PARSELLS.

October 2, 1973. Petition for certification denied. (See 124 *N. J. Super.* 144)

STATE OF NEW JERSEY v. ALBERT P. WILKINSON.

October 2, 1973. Petition for certification denied.

ROSE KURMAN, TRADING AS TRI-STATE AUTO BODY v. CITY OF NEWARK AND DEWEY'S GARAGE, INC.

October 2, 1973. Petition for certification denied. (See 124 *N. J. Super.* 89)